PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DUETSCHE BANK NATIONAL TRUST COMPANY, *etc.*, | ) | CASE NO. 5:11CV0521 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| KENNETH S. TAYLOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **JUDGMENT ENTRY** |

Pursuant to the Court's Memorandum of Opinion and Order filed contemporaneously with this Order of Remand, it is ordered that this action is remanded to the Court of Common Pleas of Summit County, Ohio.

IT IS SO ORDERED.

 April 12, 2011                                    /s/ Benita Y. Pearson
Date                                        Benita Y. Pearson
                                            United States District Judge